**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE HERNANDEZ, | Case No. 2:12-cv-00369-MMD-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| INDYMAC BANK, et al., | |
| Defendants. | |

Presently before the Court is Plaintiff Jose Hernandez's Ex Parte Request to Modify Order on Defendants' Motion to Strike Plaintiff's Expert Report (ECF No. 142), filed on January 22, 2016. Plaintiff requests that the Court modify the expert disclosure deadline and that the Court limit Defendants' request for attorney's fees.

Local Rule 7-5(b) provides that "[a]ll ex parte motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." Local Rule 7-5(c) further provides that "[m]otions, applications or requests may be submitted ex parte only for compelling reasons . . . ." The Court has reviewed Plaintiff's motion and finds that Plaintiff does not demonstrate good cause or compelling reasons why the motion was submitted to the court without notice to all parties. The Court therefore declines to consider this motion on an ex parte basis and will enter an order on the motion after Defendants' response deadline and Plaintiff's reply deadline have expired.

///

IT IS THEREFORE ORDERED that Clerk of Court must unseal Plaintiff Jose Hernandez's Ex Parte Request to Modify Order on Defendants' Motion to Strike Plaintiff's Expert Report (ECF No. 142).

DATED: February 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**