**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE HERNANDEZ, ) | |
| ) | Case No. 2:12-cv-00369-MMD-CWH |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| INDYMAC BANK, et al., ) | |
| ) | |
| Defendants. ) | |

    Presently before the Court is Plaintiff Jose Hernandez's Ex Parte Request to Clarify Order Filed 2/1/2016 Referencing Request to Modify Order on Defendants' Motion to Strike Plaintiff's Expert Report (ECF No. 146), filed on February 5, 2016.

    Local Rule 7-5(b) provides that "[a]ll ex parte motions, applications or requests shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." Local Rule 7-5(c) further provides that "[m]otions, applications or requests may be submitted ex parte only for compelling reasons . . . ." The Court has reviewed Plaintiff's motion and finds that Plaintiff does not demonstrate good cause or compelling reasons why the motion was submitted to the court without notice to all parties. The Court therefore declines to consider this motion on an ex parte basis and will issue an order jointly addressing this motion and Plaintiff's other pending motion (ECF No. 142).

    IT IS THEREFORE ORDERED that Clerk of Court must unseal Plaintiff Jose Hernandez's Ex Parte Request to Clarify Order Filed 2/1/2016 Referencing Request to Modify Order on Defendants' Motion to Strike Plaintiff's Expert Report (ECF No. 146).

DATED: February 10, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**