AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*           DISTRICT OF    NEVADA

JOSE HERNANDEZ,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER: **2:12-cv-00369-MMD-CWH**

INDYMAC BANK, et al.,

    Defendant(s).

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (ECF No. 136) and Quality Loan's Motion for Summary Judgment and Request for Judicial Notice (ECF Nos. 131, 133) are granted.

September 29, 2016                          **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ K. Rusin
                                                           Deputy Clerk